UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE FIRE CLOUD ABREU, | No.  2:25-cv-00644 SCR |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA, et al., | |
| Defendants. | |

By order filed March 9, 2026, the undersigned found plaintiff's first amended complaint defective and granted 30 days to file an amended complaint. ECF No. 9.  The order warned plaintiff that failure to comply would result in recommendations to dismiss this action. Id.  On April 20, 2026, the Court electronically docketed a document informing that Court that "I will not be amending this filing," ECF No. 10 at 1, but that went on to allege in detail violations of his civil rights and request monetary damages, id. at 2-7.  Because of the conflicting message in plaintiff's filing, it is not clear to the undersigned whether plaintiff is standing on his first amended complaint as screened.

Accordingly, IT IS HEREBY ORDERED that:

1.     Within thirty (30) days from the date of this order, plaintiff shall complete and return the attached Notice of Election form notifying the court whether he wants to stand on his

1

first amended complaint as screened or whether he intended his latest filing to be his second amended complaint.  Plaintiff understands that standing on his first amended complaint will result in the recommendation that the complaint be dismissed without prejudice for failure to state a claim, 28 U.S.C. § 1915A(b)(1).

2.      Plaintiff is further advised that a failure to comply with this order will result in the recommendation that the case be dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and failure to comply with court order, Local. Rule 110.

3.      The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: May 19, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLUE FIRE CLOUD ABREU,

Plaintiff,

v.

COUNTY OF SHASTA, et al.,

Defendants.

No.  2:25-cv-00644 SCR

NOTICE OF ELECTION

Check one:

_____ Plaintiff wishes to stand on his first amended complaint as screened.  Plaintiff understands that this will result in a recommendation that the complaint be dismissed with leave to amend for failure to state a claim, 28 U.S.C. § 1915A(b)(1).

_____ Plaintiff's filing docketed on April 20, 2026, is his second amended complaint.

DATED:_____

_____
Blue Fire Cloud Abreu
Plaintiff pro se

1