UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE FIRE CLOUD ABREU,<br>Plaintiff,<br>v.<br>COUNTY OF SHASTA, et al.,<br>Defendants. | No. 2:25-cv-0644-DC-SCR (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 12) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 12. Plaintiff filed objections to the findings and recommendations. ECF No. 13. However, Plaintiff's objections are difficult to decipher and appear to reiterate Plaintiff's allegations, which were already addressed by the magistrate judge. <u>See</u> ECF No. 9. Plaintiff's objections do not provide a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are ADOPTED;

2. This action is DISMISSED without prejudice, *see* Local Rule 110; Fed. R. Civ. P. 41(b); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dena Coggins
United States District Judge